IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL H. MARCELLE SR. | PLAINTIFF |
| v. | CAUSE NO. 1:16CV410-LG-RHW |
| PICAYUNE URGENT CARE and WALGREENS DRUG STORE | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order Dismissing Action for Lack of Subject-Matter Jurisdiction entered herewith,

**IT IS ORDERED AND ADJUDGED** that this action is dismissed for lack of subject-matter jurisdiction.

**SO ORDERED AND ADJUDGED** this the 21st day of June, 2017.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE